UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Global Axcess Corporation,

    Plaintiff,

vs.                                                  Case No. 3:05-cv-493-J-25MCR

Worldwide Communication Group, Inc.,

    Defendant.

_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Strike Answer and Affirmative Defenses and for Entry of Default (Doc. 11) filed September 13, 2005. Defendants have not responded to the Motion and the time for doing so has passed.

On May 27, 2005, Plaintiff, Global Axcess Corporation ("Global Axcess"), filed a Complaint against Defendants Louis Simpson, Worldwide Communication Group, Inc. ("Worldwide"), and Docutel Service Bureau Corporation ("Docutel"). (Doc. 1). On July 14, 2005, Defendants filed their Answer and Affirmative Defenses. (Doc. 6). The Answer and Affirmative Defenses was signed by Louis C. Simpson, the individual defendant in this action. Accordingly, on July 19, 2005, the Court entered an Order informing Mr. Simpson that while he was free to proceed pro se, the corporate defendants could not appear pro se but were required to be represented by counsel. (Doc. 7). The Order directed Defendants Worldwide and Docutel to employ counsel and file a notice of appearance on or before August 8, 2005. (Doc. 7). On August 8,

2005, Worldwide and Docutel, through Louis Simpson, sought an extension until September 1, 2005 in which to comply with the Court's Order. (Doc. 9). The Court granted the motion. (Doc. 10). However, to date, no appearance of counsel has been entered and Defendants did not seek any further extensions.

Plaintiff filed the instant motion on September 13, 2005 asking the Court to either strike the answer of the corporate defendants or to direct the entry of a default against them for their failure to secure counsel. (Docs. 11 and 12). Defendants filed no response. The Court does not believe striking the answer or an entry of default would be appropriate at this time. However, the Court orders Defendants Worldwide and Docutel to file a written statement showing cause why the Court should not direct the entry of default against them. This statement shall be filed no later than **Friday, October 28, 2005**. Failure to comply with this Order may result in the imposition of sanctions, including the entry of default.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Strike Answer and Affirmative Defenses and for Entry of Default (Docs. 11 and 12) is **DENIED** at this time. Defendants Worldwide and Docutel shall file a written statement showing cause why the Court should not direct the entry of default against them on or before **Friday, October 28, 2005**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  11th  day of October, 2005.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party